HON. MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALERIE EGLESTON, individually, and as ESTATE ADMINISTRATOR of the Estate of RYAN DEAN HEMMINGSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SNOHOMISH COUNTY; SNOHOMISH COUNTY SHERIFF ADAM FORTNEY; DEPUTY ANTHONY ZAYAS; DEPUTY BRENT REID; DEPUTY JONATHAN KRAJCAR; DEPUTY SARA MILLER; DEPUTY JOSHUA WHEELER and DEPUTY DARIAN WILLIS,<br><br>　　　　　　　　　Defendants. | NO. 21:2-cv-01630<br><br>**STIPULATED MOTION TO AMEND PLAINTIFF'S COMPLAINT FOR DAMAGES(LCR 15)** |

　　COME NOW the above captioned parties, by and through their attorneys of record, and hereby stipulate to Plaintiff filing her First Amended Complaint for Damages. Pursuant to LCR 15, a copy of the proposed complaint with amendments is attached hereto as an exhibit.

　　///

STIPULATED MOTION TO AMEND
PLAINTIFF'S COMPLAINT (LCR15) - 1
(USDC 21:2-cv-01630)

BURI FUNSTON
MUMFORD FURLONG
ATTORNEYS AT LAW

1601 F Street
Bellingham, Washington 98225
P 360-752-1500  F 360-752-1502

DATED this 28th day of March, 2022.

BURI FUNSTON MUMFORD FURLONG, PLC

/s/ Tom Mumford
_____
TOM MUMFORD, WSBA #28652
Attorney for Plaintiff

SNOHOMISH COUNTY PROSECUTOR'S OFFICE – CIVIL DIVISION

/s/ Katherine H. Bosch
_____
KATHERINE H. BOSCH, WSBA #43122
DEBORAH A. SEVERSON, WSBA #35603
Attorneys for Defendants Snohomish County, Adam Fortney, Brent Reid, Jonathan Krajcar, Sara Miller, Joshua Wheeler and Darian Willis

KEATING, BUCKLIN & McCORMACK, INC., P.S.

/s/ Shannon M. Ragonesi
_____
SHANNON M. RAGONESI, WSBA #31951
Attorney for Defendant Deputy Anthony Zayas

IS IS SO ORDERED.

Dated: March 29, 2022

_____
THE HON. MARSHA J. PECHMAN

STIPULATED MOTION TO AMEND
PLAINTIFF'S COMPLAINT (LCR15) - 2
(USDC 21:2-cv-01630)