UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE EGLESTON,<br><br>  Plaintiff,<br><br>  v.<br><br>SNOHOMISH COUNTY, ET AL.,<br><br>  Defendants. | CASE NO. C21-1630 MJP<br><br>ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER WITHOUT PREJUDICE |

This matter comes before the Court on the Parties' Stipulated Motion for Protective Order. (Dkt. No. 22.) Having reviewed the Stipulated Motion and all supporting materials, the Court DENIES the Stipulated Motion without prejudice.

Although the Parties' proposed protective order appears to track the District's Model Protective Order, it deviates in two significant and improper ways. First, the Parties' proposed protective order states that "Confidential Material" shall include broad categories of documents without reference to any specific documents. (Dkt. No. 22 at 2.) As the Model Protective Order makes clear, blanket protection for categories of documents is improper. See Model Protective

Order at § 2 ("The parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'") available at https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder.pdf. Second, the Parties' Stipulated Motion fails acknowledge or cite to Local Rule 5(g), which provides the methods and requirements for filing materials under seal in this District. See id. at § 4.3; (Dkt. No. 22 at 4).

Given these two deficiencies in the proposed order, the Court DENIES the Stipulated Motion without prejudice. The Parties may file a new stipulated motion for protective order that corrects the problem outlined in this Order. If the Parties chose to do so, they must use the District's Model Protective Order as the starting point and if they wish to depart from it they must provide the Court with a redlined version identifying departures from the Model. See Local Rule 26(c)(2).

The clerk is ordered to provide copies of this order to all counsel.

Dated July 26, 2022.

Marsha J. Pechman
United States Senior District Judge